**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **REINALDO RODRIGUEZ BOSCH,**<br><br>***Petitioner*,**<br>**v.**<br><br>**MARKWAYNE MULLIN,** Secretary, U.S. Department of Homeland Security; **MARY DE ANDA-YBARRA,** El Paso Field Office Director of Enforcement and Removal Operations, Immigration and Customs Enforcement; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **TODD BLANCHE,** U.S. Attorney General; and **WARDEN** of ERO El Paso Camp East Montana,<br><br>***Respondents*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **EP-26-CV-01861-DCG** |

**<u>FINAL JUDGMENT</u>**

The Court previously granted Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1).[1] The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[2]

For the reasons stated in the "Order Granting Petition" (ECF No. 12), the Court **GRANTS** Petitioner's Petition for a Writ of Habeas Corpus (ECF No. 1).

The Court **CLOSES** the case.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

---

[1] Order Granting Pet., ECF No. 12.

[2] *See* Fed. R. Civ. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

**So ORDERED and SIGNED this 2nd day of November 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**